IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   4·09-CV-0937 BRW |
| | ) |
| JONATHAN DAVID NOWLIN | ) |

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, JONATHAN DAVID NOWLIN, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the plaintiff in the amount of $12,949.00.

2. Execution of the Judgment shall be stayed on the condition that the defendant shall satisfy this Judgment by making monthly installment payments in the amount of at least $200.00 commencing with the first day of the next calendar month and continuing each and every month thereafter until the Judgment is satisfied in full. All check or money orders are to be made payable to:

> Social Security Administration
> Debt Management Administration
> Attn: Court Refund
> P. O. Box 2861
> Philadelphia, PA 19122
> SSA Claim Number :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

3. That the defendant shall submit to the plaintiff for review on at least an annual basis a statement of his financial condition and that such information shall be grounds to increase the payments of the defendant to the plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where it is determined by the plaintiff to be appropriate.

5. In the event the defendant defaults in the payment of any installment due under this order, upon application by the plaintiff after notice to the defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Jonathan David Nowlin, 19825 Jack Road, Little Rock, AR 72210, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

JANE W. DUKE
United States Attorney

_____           12-15-09
JOHN E. BUSH                              Date
Assistant United States Attorney

_____           12-11-09
JONATHAN DAVID NOWLIN                     Date
Defendant

APPROVED:

_____           1/13/2010
UNITED STATES DISTRICT JUDGE              Date

2